UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Saad Moussa

      v.                           Civil No. 12-cv-15-JL

NH State Prison, Warden

O R D E R

After due consideration of the objections filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 22, 2014.

SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date: November 25, 2014

cc:  Saad Moussa, pro se
     Elizabeth C. Woodcock, Esq.